UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY, KANSAS<br><br>    PLAINTIFF,<br><br>v.<br><br>REV GROUP, INC.; OSHKOSH CORPORATION; PIERCE MANUFACTURING, INC.; ROSENBAUER AMERICA, LLC; ROSENBAUER SOUTH DAKOTA, LLC; ROSENBAUER MINNESOTA, LLC<br><br>    DEFENDANTS. | **JURY TRIAL DEMANDED**<br><br>Case No. 2:26-cv-02057-JWB-ADM |

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff Unified Government of Wyandotte County and Kansas City, Kansas hereby designates Kansas City, Kansas as the place of trial in the above matter.

Dated: January 29, 2026           Respectfully submitted,

By: */s/ Sean M. Sturdivan*
Sean M. Sturdivan    KS Bar No. 21286
Jamie Powell         KS Bar No. 31062
SANDERS WARREN & RUSSELL LLP
11225 College Blvd, Suite 450
Overland Park, KS 66210
Direct: (913) 234-6137
Telephone: (913) 234-6100
Fax: (913) 234-6199
s.sturdivan@swrllp.com
j.powell@swrllp.com

Jennifer D. Hackett
(*pro hac vice motion forthcoming*)
James R. Martin
(*pro hac vice motion forthcoming*)
Sabrina A. Nelson
(*pro hac vice motion forthcoming*)
Noah Wolfenstein
(*pro hac vice motion forthcoming*)
Desmond Sims
(*pro hac vice motion forthcoming*)
ZELLE LLP
1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com
snelson@zellelaw.com
nwolfenstein@zellelaw.com
dsims@zellelaw.com


Basel J. Musharbash
(*pro hac vice motion forthcoming*)
Anureet Sandhu
(*pro hac vice motion forthcoming*)
Domenic Powell
(*pro hac vice motion forthcoming*)
ANTIMONOPOLY COUNSEL
500 Clarksville Street
P.O. Box 795
Paris, Texas 75461
Telephone: (903) 205-8422
Fax: (903) 347-2917
basel@antimonopoly.us
anu@antimonopoly.us
domenic@antimonopoly.us

***Attorneys for Plaintiff the Unified Government of Wyandotte County and Kansas City, Kansas***